**Order filed February 19, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-14-00765-CV**
_____

**ALAVOOR VASUDEVAN, Appellant**

**V.**

**DEEPA VASUDEVAN, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 63935**

---

## ORDER

On January 27, 2015, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure.  In particular, appellant has failed to provide adequate citations to the record and to authority.  Tex. R. App. P. 38.1(f), (h).

Accordingly, we order appellant's brief filed January 27, 2015, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure within ten (10) days of the date of this order.  *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. See Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.